Kenneth A. Fox
FULL NAME

COMMITTED NAME (if different)
911 Parr Blvd, Washoe Cnty Jail
FULL ADDRESS INCLUDING NAME OF INSTITUTION
Reno, NV 89512
1902850
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT
APR 18 2019
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Kenneth A. Fox
PLAINTIFF,

v.

County of Santa Barbara,
Santa Barbara County Sheriff's Offc
Sheriff Bill Brown
CFMG Health Care
DEFENDANT(S).

CASE NUMBER
CV19-3031-R(MAA)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes ☐ No

2. If your answer to "1." is yes, how many? 1

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

While Incarcerated at Lompoc Low Federal Prison, I was shot in the face During a Riot on June 21, 2017. I was not Involved in the Riot and there was no reason to shoot out the windows, Hitting me in the Face and causing Injury. I was denied Medical Care and as a Result suffer from Seizures, Headaches and Loss of Vision in my Right eye. Also, there were Medical Forms that were Doctored & my Signature Forged on Them.

RECEIVED
4-15-19
CS

a. Parties to this previous lawsuit:
Plaintiff Kenneth A. Fox

Defendants Bureau of Prisons, et al.

b. Court United States District Court
Central District of California

c. Docket or case number 2:19-cv-00567-R-MAA

d. Name of judge to whom case was assigned Maria A. Audero

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) Pending

f. Issues raised: 8th Amendment Violations, Cruel & Unusual Punishment, Denial of Medical Treatment, Depraved Indifferance

g. Approximate date of filing lawsuit: 2-12-19

h. Approximate date of disposition Unknown

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes ☐ No

   If your answer is no, explain why not

3. Is the grievance procedure completed? ☒ Yes ☐ No

   If your answer is no, explain why not

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Kenneth A. Fox
(print plaintiff's name)

who presently resides at Washoe County Jail,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

Santa Barbara County Jail Santa Barbara
(institution/city where violation occurred)

on (date or dates) 1-23-19 (Claim I), 1-23-19 (Claim II), 1-23-19 (Claim III).

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant County of Santa Barbara resides or works at
(full name of first defendant)
4436 Calle Real Santa Barbara CA 93110
(full address of first defendant)

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
By Law is responsible for overall Jail Conditions And Operations

2. Defendant Santa Barbara County Sheriff's Offc resides or works at
(full name of first defendant)
4436 Calle Real Santa Barbara CA 93110
(full address of first defendant)

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Runs the operations And Staffing of Jail

3. Defendant Sheriff Bill Brown resides or works at
(full name of first defendant)
Santa Barbara County Jail
(full address of first defendant)
Sheriff
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Is the manager or Person in Charge of All Aspects of the Jail

4. Defendant California Forensic Medical Group (CFMG) resides or works at
(full name of first defendant)
Santa Barbara County Jail
(full address of first defendant)
Handles Medical Care At the Jail
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Handles All the Medical Care At the Jail Facility

5. Defendant ______ resides or works at
(full name of first defendant)
______
(full address of first defendant)
______
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

______

______

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

14th Amendment
8th Amendment
Right To Medical Care,
Freedom From Cruel & Unusual Punishment
Right To Safe Living Conditions
Right To Sanitary Living Conditions

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On 1-23-19 I was Picked up From Lompoc Federal Prison By Santa Barbara County Sheriffs And Transported To Santa Barbara County Jail. Upon Arrival At the Jail I met With Medical Personel From "CFMG" And Went over My Medications I was Taking For Seizures, Migraines & the Pain From my "Destroyed" Right Hip. I even Showed them the Medical reports From the Doctors concerning My Conditions And the Medications involved. I Had Been Taking these Medications For years And Showed them the Warning Label on each Medication Bottle How Dangerous it Was To Discontinue these Meds Suddenly. I Was then Taken To the Dorm Where I Was To reside And Noticed there Was No Beds Available. The "CO" Told Me To Sleep on the Floor Until One Became

**If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

Over →

Claim 1 (pg 2)

Available. So For Several Days I Slept on A Dirty, Cold Floor. Because my Hip was So Bad I Had To Have Another Inmate Lift me up so I Could Go To the Bathroom, eat or Shower. Also During this Time "CFMG" Refused To Give me my Hip medication, so my Hip Pain Became Much Worse, I wrote several "Kytes" concerning the Horrible Pain & Nothing was Done. The Pain Got So Bad that the circulation in My Right Leg was getting cut off, In Fact my Right Testicle started Turning Black. I Showed the Doctor from "CFMG" And He Said it was "Bruised" And Started Laughing. I Filed Two Grievances the First "Disappeared" And Never Addressed. The Second they waited till the Day I Left And then Said "oh well your Leaving".

1) County of Santa Barbara: (County)
Is A Public entity, existing under the Laws of the State of California. The County operates And manages the Jail And is responsible for the Actions, Inactions, Policies, Procedures And practices of the Santa Barbara County Sheriff's Office And it's employees And Agents. The County is responsible For Providing A Constitutional Level of Health care for those in custody. The Board of Supervisors of the County of Santa Barbara Approved the Contract Between the Santa Barbara County Sheriff's office And the Health Care Provider "CFMG". By Law the County retains ultimate

## Claim I (Pg 3)

responsibility for the Inmates, Health Care, Treatment, Well Being And Safe, Healthy Living Conditions.

2) Santa Barbara County Sheriff's Office: A Public entity organized And existing under the Laws of California. The Sheriff's Office is responsible for the Operation And Supervision of Custody operations At the Jail, Including Policies, Procedures, overcrowing And Operations of Jail Facilities. The Sheriff's Office Has Contracted with Defendant "CFMG" To Provide Health Care services At the Jail. Therefore, the Sheriff's Office retains the ultimate Authority, responsibility And oversight of the Health care, Treatment, Well Being, Safe-Keeping And Safe Housing of the Prisoners in the Jail.

3) Sheriff Bill Brown (Sheriff): Was Duly elected And Appointed To oversee And manage The Santa Barbara County Jail. He is Responsible For the Implimentation of All Policies And Procedures. He is Responsible for All employees And Agents that they Adhere To Lawful Policies And Procedures. He Also contracted with "CFMG" To Provide Health care Services At the Jail. He is then ultimately Responsible For Health care, Treatment,

over →

Claim 1 (Pg 4)

Well Being, AND SAfeKeeping AND SAfe Housing OF All Inmates. This Facility, County AND Sheriff's Office Has Been Warned, Fined AND Sued Numerous Times For Overcrowding, Unsanitary Conditions AND Poor Medical Services Yet Nothing Has Changed.

4) California Forensic Medical Group (CFMG): The Have Been Contracted By the County AND Sheriff's Office To Provide Adequate AND Constitutional Medical Services. To Deny me my Medication, that I Have Been Taking For years For my Severe Hip Pain is A Violation OF my Civil Rights. Even After Seeing Two Orthopedic Surgeons Diagnosis', After my continued Complaints OF Severe Pain, After my Circulation Became compromised AND After Two Grievances AND Still Nothing Was Done is Total "Depraved Indifferance."

# Case #2

Civil Rights Violated:
8th Amendment
Access To Courts
14 Amendment

Supporting Facts:
On 1-23-19 I was Lodged in the Santa Barbara County Jail on A Hold Detainer From Sparks, Nevada. When I was Being Booked into the Jail I Informed them that I was Acting "Pro-Se" on my Criminal Case And on A Civil Case, And I Needed Access To my Legal Paperwork. They Informed me that They would Not Allow me To Have my Legal Paper Work. I Stressed that Time was of the Essence on Both Cases And They Still Denied me. I Talked To Several Officers And Sargents And I was Informed "I'm Shit out of Luck."

1) County of Santa Barbara:
The County operates, Manages And oversees All Policies And Procedures And Practices of the Santa Barbara County Sheriff's Office As it relates To The Jail. Therefore, The County Bares the responsibility of the unconstitutional Practice And Policy of Not Allowing me Access To my Legal Paperwork.

over →

Case #2 (Pg 2)

2) Santa Barbara County Sheriff's Office:
The Sheriff's office is responsible for the policies, Procedures, Operations And oversight of the Jail. Therefore, they Are responsible For the unconstitutional Act of Not Allowing Access To my Legal Paperwork So I could Actively represent myself.

3). Sheriff Bill Brown (Sheriff): was Duly elected And Appointed To oversee And manage the Santa Barbara County Jail. He is responsible For the Implimentation of All Policies & Procedures. If A Policy or Procedure is considered unconstitutional He must change it. He is ultimatly Responsible For the unconstitional Policy that Denied me Access To my Legal Paperwork so I could represent myself.

# Case #3

Civil Rights Violated
8E Amendment
Cruel & Unusual Punishment
Safety & Security of Person & Property

Supporting Facts.

ON 1-23-19 I WAS Booked into the SANTA BARBARA County JAIL ON A Hold WARRANT From SPARKS, NEVADA. I WAS TRANSPORTED From Lompoc Federal Prison, where they did AN Inventory of All my Property I WAS Leaving With. As I WAS Being Processed thru the SANTA BARBARA County JAIL, I Asked For A Copy of my Property Inventory. I WAS Told that they Didn't give out copies, everything WAS computerized AND I Would get it All BACK when I Left. Thirty Days Later when Washoe County Officers showed up To Take me To Sparks, Nevada A Lot of my Property WAS Missing. I HAD A New Pair of Jeans, 2 New Pairs of Tennis Shoes, A New Polo Shirt, A New Pair of Timberland Boots AND A WATCH Were All Missing. I Told the property clerk, But She said thats All She HAD. I then Looked thru my Property AND Noticed that my Inventory Sheet From Lompoc Federal Prison WAS Also Missing. She Said She Didn't Have

Case #3 (Pg 2)

that Either. Every Institution I've ever Had the Misfortune of Being in Inventoried your Property When you Arrived and Had you Sign it and gave you a Copy. When you Leave you Went thru it Again and Signed that it was All there. They stole my property and Tried to Cover it up By Taking my Property List From Lompoc.

1) County of Santa Barbara: They oversee the Practices an Policies of The Santa Barbara County Sheriff's Office As it relates to the Jail. Therefore, their Lack of oversight To A policy that should Protect inmates' Property, A Policy that is Unconstitutional and Idiotic, Makes them Responsible For it.

2) Santa Barbara County Sheriff's Office: The Sheriff's Office is responsible For the Policies And Procedures of the operation of the Jail. Thus, they Are Fully Responsible For the Unconstitutional And Idiotic Policy of Not Inventoring Inmates Property & Giving Them A Copy.

3) Sheriff Bill Brown: He was Elected To Run & Operate the Jail. Thus All Policies & Procedures, Good And Bad Are His Responsibility.

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

CASE #1 I Believe I AM entitled To $250,000 For the TRAUMA AND PAIN AND SUFFERING I HAD To endure.

CASE #2 I Believe I AM entitled To $50,000 For the mental stress AND the Delay in my Legal Defense. Because I WAS Not Allowed Access To my Legal Paperwork. I WAS Delayed in Mounting my Defense In SPARKS, NEVADA AND HAD To Spend More Time in JAIL.

CASE #3 I Believe I AM Entitled To $10,000 For the Lost Items OF Property AND the Discomfort AND PAIN & SUFFERING OF HAVING Worked So HARD For Something AND then HAVE it Stolen.

4-2-19
(Date)

[signature]
(Signature of Plaintiff)

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

**PRISON CERTIFICATE**
**(Incarcerated applicants only)**
(To be completed by the institution of incarceration)

I certify that the applicant Kenneth Alan Fox,
(NAME OF INMATE)

CID #: 0597148,
(INMATE'S CDC NUMBER)

has the sum of $ 0.82 on account to his/her credit at

Santa Barbara County Jail.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities DNA to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's ***average monthly balance*** was $ 15.00, and the ***average monthly deposits*** to the applicant's account was $ 0.00.

ALL PRISONERS ***MUST*** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

February 12, 2019
DATE

[signature]
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

Judy Villarreal / 0756
OFFICER'S FULL NAME (PRINTED)

AOP Expert
OFFICER'S TITLE/RANK

# Inmate Balance History Report - Simple

Created: 2/12/2019 9:43:06AM

Between: 8/12/2018 12:00:00AM - 2/12/2019 11:59:59PM

Number: 0597148 Secondary: Location: SOUTH S-DORM 14

Name: FOX, KENNETH ALAN

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| Beginning Totals: | 08/12/2018 12:00:00AM | | 0.00 | 0.00 | 0.00 |
| TOUCHPAY BOOKING DEPOSIT | 01/23/2019 11:47:12AM | 71.94 | 71.94 | 0.00 | 0.00 |
| ORDER DEBIT | 01/24/2019 10:15:12AM | (42.66) | 29.28 | 0.00 | 0.00 |
| ORDER DEBIT | 01/31/2019 08:29:00AM | (23.43) | 5.85 | 0.00 | 0.00 |
| ORDER DEBIT | 02/07/2019 10:52:04AM | (5.03) | 0.82 | 0.00 | 0.00 |
| | | **Ending Totals:** | **0.82** | **0.00** | **0.00** |

This is a true certified copy of the original document on file or of record in my office. It bears the seal and signature, imprinted in ink, of the Santa Barbara County Sheriffs' Department.

*Bill Brown*, Sheriff

DATE: 02/12/19 By jav~~0456~~

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

Kenneth A. Fox
#1902850
Washoe County Jail
911 Parr Blvd
Reno, NV 89512

RENO, NV P&DC 895
THU 11 APR 2019 PM

CV

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 15 2019
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

United States District Court
Central District of Calif.
Office of the Clerk
255 E. Temple St. Rm 180
Los Angeles, CA. 90012