# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| KENNETH A. FOX, | Case No. 5:19-cv-03031-DDP (MAA) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF SANTA BARBARA et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the entire action is dismissed without prejudice.

DATED: March 13, 2020

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE